[No. 12286-0-I.   Division One.   April 2, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
MARVIN GREENE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00461–4, David C. Hunter, J., entered September 10, 1982. *Affirmed* by unpublished opinion per

Callow, J., concurred in by Durham, C.J., and Williams, J.